AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Corporate America Family Credit Union, an Illinois credit union,

V.

Flatiron Financial Services Inc., d/b/a Peak5, a Delaware corporation,

CASE NUMBER: 08-cv-238

ASSIGNED JUDGE: Honorable John W. Darrah

DESIGNATED MAGISTRATE JUDGE: Honorable Nan R. Nolan

TO: (Name and address of Defendant)

Flatiron Financial Services Inc. d/b/a Peak5
c/o Corporation Service Company
1560 Broadway, Suite 2090
Denver, CO 80202

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey H. Bergman
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602
312-977-4400

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_

(By) DEPUTY CLERK

January 11, 2008

Date

NORTHERN DISTRICT OF OLLINOIS
CASE NO.: 08OCV238



9262

Plaintiff:    CORPORATE AMERICA FAMILY CREDIT UNION AN ILLINOIS CREDIT UNION
Defendant:  FLATIRON FINANCIAL SERVICES INC, d/b/a PEAKS 5 c/o CORPORATION SERVICE COMPANY

## AFFIDAVIT OF SERVICE

I declare under oath that I am 18 years or older and not a party to the action and that on 01/11/2008 at 2:55 PM, I served **SUMMONS, COMPLAINT and EXHIBIT A** on **FLATIRON FINANCIAL SERVICES INC, d/b/a PEAKS 5 c/o CORPORATION SERVICE COMPANY** (hereinafter referred to as 'Defendant') at 1560 BROADWAY SUITE 2090, DENVER, CO 80202 in the manner indicated below:

By leaving the documents with Pamela Trujillo, who as CLERK is authorized by appointment or by law to receive service of process for Defendant.

The approximate description of the person the documents were left with is:

Sex: Female Skin: Hispanic Hair: Black Age: 30 Height: 5'10" Weight: 140

Cory Morrison, Professional Process Server

Cost of Service: $105.00

Subscribed and affirmed, or sworn to before me this 13th day of January, 2008.

Notary Public
My Commission Expires: 03-15-2011

Prepared by: Colorado Process Service, LLC 1700 Broadway Suite 2120 Denver, CO 80290
Phone: 303-830-6809 Fax: 303-830-6985 E-mail: service@coloradoprocessservice.com