IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CORPORATE AMERICA FAMILY CREDIT UNION, an Illinois credit union, | ) ) ) ) |
| Plaintiff, | ) Case No. 08 C 0238 |
| vs. | ) ) Judge Darrah ) Magistrate Judge Nolan |
| FLATIRON FINANCIAL SERVICES INC., d/b/a Peak5, a Delaware corporation, | ) ) ) ) |
| Defendant. | ) |

**NOTICE OF MOTION**

TO: Jeffrey H. Bergman
　　Seth A. Horvath
　　Ungaretti & Harris, LLP
　　3500 Three First National Plaza
　　Chicago, Illinois 60602

　　　　PLEASE TAKE NOTICE that on February 12, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John W. Darrah in Courtroom 1203 of the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present the parties' **Agreed Motion for an Extension of Time to Respond to the Complaint**, a copy of which is hereby served upon you.

-2-

Dated: February 4, 2008

        Respectfully submitted,

        FLATIRON FINANCIAL SERVICES INC.,
        d/b/a Peak5


        By  /s/ David J. Chizewer
            One of Its Attorneys


David J. Chizewer
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on February 4, 2008, he caused a true and correct copy of the parties' **Agreed Motion for an Extension of Time to Respond to the Complaint** to be served via the Court's ECF/electronic mailing system upon the following:

> Jeffrey H. Bergman
> Seth A. Horvath
> Ungaretti & Harris, LLP
> 3500 Three First National Plaza
> Chicago, Illinois  60602

> /s/ David J. Chizewer
> David J. Chizewer