IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CORPORATE AMERICA FAMILY CREDIT UNION, an Illinois credit union, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 0238 |
| vs. | ) ) ) | Judge Darrah<br>Magistrate Judge Nolan |
| FLATIRON FINANCIAL SERVICES INC., d/b/a Peak5, a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) | |

**AGREED MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO THE COMPLAINT**

Defendant Flatiron Financial Services Inc., d/b/a Peak5 ("Defendant"), by its undersigned counsel, respectfully moves this Court for a second extension of time to file its response to the Complaint. In support of this motion, Defendant states as follows:

1. Defendant's response to the Complaint is currently due on March 20, 2008. The case involves, among other things, a dispute over some detailed accounting and cost allocation issues. The parties have met in an attempt to resolve these issues and avoid the costs of litigation. Defendant has voluntarily provided to Plaintiff, at its request, a substantial amount of written and electronic information, in further effort to resolve this case. The parties believe the chances of settling this matter will improve if they can take another 21 days, until and including April 10, 2008, to work on a resolution without imposing upon Defendant the additional legal fees or costs involved in responding to the Complaint.

2. Plaintiff has agreed to this motion.

WHEREFORE, the parties respectfully request that this Court grant their Agreed Motion for an Extension of Time to Respond to the Complaint, to and including April 10, 2008.

Dated: March 20, 2008

                                    Respectfully submitted,

                                    FLATIRON FINANCIAL SERVICES INC.,
                                    d/b/a Peak5

                                    By  /s/ David J. Chizewer
                                        One of Its Attorneys

David J. Chizewer
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000