## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 238 | **DATE** | 4/11/08 |
| **CASE TITLE** | Corporate America Family Credit Union v. Flatiron Financial Services, Inc. | | |

**DOCKET ENTRY TEXT:**

Defendant's motion for extension of time [17] is granted. Defendant has until 5/1/08 to respond to Plaintiff's Complaint. Status hearing set for 4/15/08 is stricken and reset for 5/6/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|