## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Corporate America Family Credit Union

                                Plaintiff,

v.                                       Case No.: 1:08–cv–00238

                                       Honorable John W. Darrah

Flatiron Financial Services Inc.

                                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

       Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Nan R. Nolan for the purpose of holding proceedings related to: settlement conference.(maf, )Mailed notice.

Dated: May 20, 2008

                                         /s/ John W. Darrah

                                       United States District Judge