UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CORPORATE AMERICA FAMILY CREDIT UNION, An Illinois credit union, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 0238 |
| v. | ) ) | Judge John W. Darrah |
| | ) | Magistrate Judge Nan R. Nolan |
| FLATIRON FINANCIAL SERVICES INC., d/b/a Peak5, A Delaware corporation, | ) ) ) ) | |
| Defendant. | ) | |

**JOINT INITIAL STATUS REPORT TO MAGISTRATE JUDGE NOLAN**

Pursuant to Magistrate Judge Nolan's Minute Order dated May 20, 2008, Plaintiff Corporate America Family Credit Union ("CAFCU") and Defendant Flatiron Financial Services Inc. ("Flatiron"), by their respective attorneys, jointly present the following Joint Initial Status Report:

**Summary of the Claims**

CAFCU is a credit union located in Elgin, Illinois. Flatiron, which is located in Colorado, is in the business of servicing automobile loans for financial institutions, including credit unions. CAFCU and Flatiron are parties to a Portfolio Servicing Agreement (the "PSA"), under which Flatiron manages, administers, services, and makes collections on a portfolio of secured automobile loans made by CAFCU to various of its members. The PSA provides that Flatiron is to hold funds that it receives from CAFCU's borrowers in trust for CAFCU. In return for its services, Flatiron is allowed to deduct a loan servicing fee from the amounts paid by CAFCU's borrowers. Flatiron is also entitled to deduct from the

amounts paid by CAFCU borrowers certain expenses incurred in connection with collection activities.

In December 2007, Flatiron deducted approximately $180,000 of funds paid to Flatiron by CAFCU's borrowers for reimbursement of expenses. CAFCU alleges that Flatiron was not allowed to retain these funds pursuant to the terms of the PSA.

Additionally, beginning in December 2007, and on a continuing basis since then, Flatiron has deducted from the amounts paid by CAFCU borrowers certain collection expenses as they are incurred. CAFCU alleges that the PSA requires Flatiron to wait to seek reimbursement for these expenses until after the completion of liquidation proceedings for the loan for which the expenses were incurred. CAFCU alleges that amount of the expenses for which Flatiron is prematurely reimbursing itself is approximately $25,000 per month, although CAFCU expects that amount to decrease in future years after 2008, as the portfolio of its automobile loans serviced by Flatiron grows smaller.

CAFCU alleges that these actions constitute both a breach of the PSA by Flatiron, and a breach of Flatiron's fiduciary duties as a trustee to CAFCU. Flatiron disagrees, asserts that it has fully complied with the PSA and all of its obligations to CAFCU, and denies all liability to CAFCU. Flatiron has not brought any counterclaims or third party claims.

## Relief Sought

CAFCU seeks actual damages in excess of $207,000, punitive damages, certain declaratory relief, prejudgment interest, and attorneys' fees.

**Subject of Referral**

This matter has been referred to Magistrate Judge Nolan for the purpose of conducting a settlement conference, pursuant to the May 20, 2008 Order attached hereto as Exhibit A.

**Status of Settlement Negotiations**

The parties have had one face to face meeting at which settlement was discussed generally, and after that meeting, Flatiron provided CAFCU with certain information requested by CAFCU, including but not limited to, information related to the claims in this case. However, no settlement demand or offer has been made.

Dated: May 21, 2008

Respectfully submitted,

| CORPORATE AMERICA FAMILY CREDIT UNION | FLATIRON FINANCIAL SERVICES INC. |
|---|---|
| By: /s/ Jeffrey S. Bergman<br>    One of its Attorneys | By: /s/ David J. Chizewer<br>    One of its Attorneys |
| Jeffrey H. Bergman<br>Seth A. Horvath<br>UNGARETTI & HARRIS, LLP<br>3500 Three First National Plaza<br>Chicago, Illinois 60602<br>(312) 977-4400 | David J. Chizewer<br>GOLDBERG KOHN BELL BLACK<br>ROSENBLOOM & MORITZ, LTD.<br>55 East Monroe Street<br>Suite 3300<br>Chicago, Illinois 60603<br>(312) 201-4000 |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on May 21, 2008, he caused a true and correct copy of the parties' **JOINT INITIAL STATUS REPORT TO MAGISTRATE JUDGE NOLAN** to be served via the Court's ECF/electronic mailing system upon the following:

>Jeffrey H. Bergman
>Seth A. Horvath
>Ungaretti & Harris, LLP
>3500 Three First National Plaza
>Chicago, Illinois 60602

>/s/ David J. Chizewer
>David J. Chizewer